UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORID
PENSACOLA DIVISION

MATTHEW LEVI FAISON, JR.,
Inmate No. 038634,
    Plaintiff,

vs.                                         Case No.: 3:20cv5828/LAC/EMT

GLOBAL EXPERTS OUTSOURCING, et al.,
    Defendants.
_____/

## **ORDER**

The chief magistrate judge issued a Report and Recommendation on September 25, 2020 (ECF No. 3). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections (ECF No. 4).

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

Case No.: 3:20cv5828/LAC/EMT

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

3. The clerk of court is directed to enter judgment accordingly and close this case.

**DONE AND ORDERED** this 7th day of October, 2020.

　　　　　　　　　　　　　　*s/L.A. Collier*
　　　　　　　　　　　　　　**LACEY A. COLLIER**
　　　　　　　　　　　　　　**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv5828/LAC/EMT